IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00557-MSK-KLM

EUGENE JONES,

    Plaintiff,

v.

HAVEN BEHAVIORAL SERVICES OF PUEBLO, LLC, a/k/a Haven Behavioral Healthcare, Inc., a/k/a Haven Behavioral War Heroes Hospital,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Unopposed Motion to Dismiss With Prejudice **(#21)** filed July 27, 2011.  The Court having reviewed the foregoing:

ORDERS that the Motion is **GRANTED**.  Any and all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

DATED this 26th day of August, 2011.

                                                   **BY THE COURT:**

                                                 Marcia S. Krieger
                                                 United States District Judge